

2006 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-20-2006

# Doeblers PA Hybrids v. Doebler

Precedential or Non-Precedential: Precedential

Docket No. 04-3848

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2006

Recommended Citation

"Doeblers PA Hybrids v. Doebler" (2006). *2006 Decisions.* Paper 1177.
http://digitalcommons.law.villanova.edu/thirdcircuit_2006/1177

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2006 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

———

No. 04-3848

———

DOEBLERS' PENNSYLVANIA HYBRIDS, INC.

v.

TAYLOR DOEBLER, III, an individual;
DOEBLER SEEDS LLC d/b/a T.A. Doebler Seeds,

Defendants/Third-Party Plaintiffs

v.

WILLARD L. JONES;
WILLIAM R. CAMERER, III,

Third-Party Defendants

Taylor Doebler, III, an individual, and
Doebler Seeds LLC d/b/a T.A. Doebler Seeds,

Appellants

———

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 03-cv-01079)
District Judge:  Honorable James F. McClure, Jr.

———

Argued June 30, 2005
Before:  NYGAARD,[*] SMITH, and FISHER, *Circuit Judges*.


**ORDER AMENDING OPINION**

IT IS HEREBY ORDERED that the opinion in the above case, filed March 23, 2006, be amended as follows:

Pages 51-52, Part V, the last sentence, which read:
> Accordingly, the order of the District Court will be reversed, and the matter will be remanded for further proceedings.

shall read:
> Accordingly, the order of the District Court will be reversed to the extent that it granted summary judgment and a permanent injunction in favor of Doeblers' Pennsylvania Hybrids, Inc., and the matter will be remanded for further proceedings.



By the Court,


*/s/ D. Michael Fisher*
Circuit Judge

Dated: April 20, 2006

---

[*]Judge Richard L. Nygaard assumed senior status on July 9, 2005.